GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 5 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Flavius Abiola Babalola Akerele, III,

Defendant.

No.   CR-21-00339-PHX-DWL (JZB)

**INDICTMENT**

VIO:   18 U.S.C. § 924(a)(1)(A)
(False Statement During Purchase of a Firearm)
Counts 1-6

18 U.S.C. §§ 924(d) and 981,
21 U.S.C. §§ 853 and
28 U.S.C. § 2461(c)
(Forfeiture Allegations)

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about August 4, 2020, in the District of Arizona, Defendant FLAVIUS ABIOLA BABALOLA AKERELE, III, knowingly made a false statement and representation to *Foresaken Arms,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Foresaken Arms,* in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a different

address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about August 4, 2020, in the District of Arizona, Defendant FLAVIUS ABIOLA BABALOLA AKERELE, III, knowingly made a false statement and representation to *Yuma Coin & Gun Shop,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Yuma Coin & Gun Shop,* in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about August 11, 2020, in the District of Arizona, Defendant FLAVIUS ABIOLA BABALOLA AKERELE, III, knowingly made a false statement and representation to *Yuma Coin & Gun Shop,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Yuma Coin & Gun Shop,* in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

On or about August 11, 2020, in the District of Arizona, Defendant FLAVIUS ABIOLA BABALOLA AKERELE, III, knowingly made a false statement and representation to *Sprague's Sports, LLC,* a business licensed under the provisions of

Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Sprague's Sports, LLC*, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 5

On or about December 16, 2020, in the District of Arizona, Defendant FLAVIUS ABIOLA BABALOLA AKERELE, III, knowingly made a false statement and representation to *Sprague's Sports, LLC,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Sprague's Sports, LLC,* in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 6

On or about December 16, 2020, in the District of Arizona, Defendant FLAVIUS ABIOLA BABALOLA AKERELE, III, knowingly made a false statement and representation to *Sportsman's Warehouse,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Sportsman's Warehouse*, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address in Yuma, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## **FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 6 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 6 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

- Glock GMBH 43X Pistol CAL:9 SN: BRSN330;
- Smith & Wesson M&P 40 Shield Pistol CAL:40 SN: JFP5020;
- HIPOINT CF380 Pistol CAL:380 SN: P8177216;
- HIPOINT C9 Pistol CAL:9 SN: P10093957;
- Beretta USA Corp Unknown Pistol CAL:9 SN: AXC036939;
- FNH USA, LLC 503 Pistol CAL:9 SN: CV010887;
- KAHR Arms - Auto Ordnance P45 Pistol CAL:45 SN: SV7221;
- KAHR Arms - Auto Ordnance CM9 Pistol CAL:9 SN: JB1397;
- KAHR Arms - Auto Ordnance P380 Pistol CAL:380 SN: A003299;
- Glock GMBH 45 Pistol CAL:9 SN: BMYK104;
- Glock Inc. 43X Pistol CAL:9 SN: BPHK926;
- Smith & Wesson M&P 22C Pistol CAL:22 SN: HJK1748;
- HIPOINT CF380 Pistol CAL:380 SN: P8123560;
- HS Product (IM Metal) Hellcat Pistol CAL:9 SN: BY159684;
- Sig Sauer (Sig-Arms) P365 Pistol CAL:9 SN: 66A797411;

- Keltec, CNC Industries, INC. CMR-30 Rifle CAL:22 SN: YCR32;

- Bond Arms INC. Roughneck Derringer CAL:45 SN: 213028;

- Taurus 856 Ultralite Revolver CAL:38 SN: ABE562988;

- Izhmash (IMEZ) Bounty hunter II Shotgun CAL:12 SN: 9926060B; and

- Ruger PC Carbine Rifle CAL:9 SN: 911-60636.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: May 5, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

S/
BENJAMIN GOLDBERG
Assistant U.S. Attorney

- 5 -